KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN LABER,<br><br>           Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, et al.,<br><br>           Defendants. | NO.  2:07-CV-02462-MCE-GGH<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the foregoing stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Dated:  February 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

ORDER FOR  DISMISSAL WITH PREJUDICE